UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 18-20989 CR Altman

UNITED STATES OF AMERICA
     Plaintiff
vs.

JOHNNY GROBMAN, et. al.
     Defendant
_____/

UNOPPOSED MOTION TO ISSUE SUBPOENA PURSUANT TO RULE 17C
FEDERAL RULES OF CRIMINAL PROCEDURE

COMES NOW, the Defendant Johnny Grobman, by and through his undersigned counsel Philip L. Reizenstein, and hereby files this unopposed motion for issuance of subpoena pursuant to Rule 17(c) of the Federal Rules Of Criminal Procedure. In support thereof the defense would aver the following:

1. The defendant filed a redacted motion for issuance of a subpoena pursuant to rule 17 C of the Federal Rules of Criminal Procedure. [DE: 112 ] The government filed a response [DE: 113] and the defense filed a reply [DE: 107]. [1]

---

[1] The defense moved to strike the initial motion and filed a redacted motion to which the government filed a response. The Defendant's reply to the Government's response was to the government's initial response to the initial motion and not the reply to the government's response to the redacted motion. That is why the Reply is Docket entry 107 which is before the redacted motion and response.

1

2. On July 24, 2019 the court conducted a hearing on the matter and announced a ruling partially granting the motion.

3. The parties have conferred, and attached to this motion are the following:

   A) The subpoena which both parties have approved. [Exhibit One];

   B) The attachment to the subpoena which both parties agree most closely follows the language of the court's *ore tenus* ruling [Exhibit Two];

   C) An *alternative* attachment to the subpoena in which the defense has added additional language. [Exhibit Three]. The simple purpose in the additional language is that the defense believes it more accurately incorporates the intent of the court to have Company One provide emails in which there was discussion, information and/or knowledge of trade loading/channel stuffing and selling excess infant formula to Suriname. Without the additional language, the defense is concerned that Company One, in reading the attachment with only the word "knowledge", without that term defined more specifically to the parameters to this case, might not turn over emails the defense is seeking. If the court signs the proposed order, counsel will call chambers to inquire which attachment the government should use in serving the subpoena.

   D) An agreed proposed order. [Exhibit Four].

WHEREFORE, the Defendant respectfully requests the Court to enter an order permitting the issuance of the Subpoena Duces Tecum for the evidence sought.

Respectfully submitted,

S/*Philip L. Reizenstein*
Philip L. Reizenstein, Esq.
Florida Bar No. 634026
Phil Reizenstein & Associates, PA.
2828 Coral Way
Suite 540
Miami, FL, 33145
(305) 444-0755
PhilReizenstein@protonmail.com

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 24, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record listed in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

S/*Philip L. Reizenstein*

Philip L. Reizenstein, Esq.

Service List:

United States Attorney's Office