Case No: 18-20989-CR-Altman

Attachment to Subpoena Duces Tecum

To: Company One

## DOCUMENTS TO BE PRODUCED

1) Any and all contracts between Tropical Marketing and Distribution ("Tropical") and Company One between March 2013 and December 2018.

2) Any written communications/emails from March 2013 through December 2018 between A.P. or L.P. and Raoul Doekhie, and/or Sherida Nabi, and/or Tropical Marketing that relate to whether or not Company One knew infant formula destined for Suriname was being diverted or trade loading occurred with infant formula destined for Suriname.

3) Any internal written communications/emails from March 2013 through December 2018 between L.P. or A.P. and any other person inside Company One that relate to whether or not Company One knew infant formula destined for Suriname was being diverted or trade loading occurred with infant formula destined for Suriname.

4) Pursuant to the subpoena the documents should be produced if practical in electronic PDF format on a thumb drive or CDRom/disk and shall be provided on or before Tuesday August 13, 2019 to the chambers of the Honorable Judge Roy Altman, United States District Judge, Southern District of Florida.