Case No: 18-20989-CR-Altman

Attachment to Subpoena Duces Tecum

To: Company One

## DOCUMENTS TO BE PRODUCED

1) Any and all contracts between Tropical Marketing and Distribution ("Tropical") and Company One between March 2013 and December 2018.

2) Any written communications/emails from March 2013 through December 2018 between A.P. or L.P. and Raoul Doekhie, and/or Sherida Nabi, and/or Tropical Marketing that relate to whether individuals at Company One discussed or were informed or had knowledge that baby formula was being sold to Tropical Marketing and Distribution for delivery to Suriname in amounts excess to what babies in Suriname could consume, or in amounts that constituted "trade loading" or "channel stuffing" between March 2013 and December 2018.

3) Any internal written communications/emails between L.P. or A.P. and any other Company One employee or agent that relate to whether individuals at Company One discussed or were informed or had knowledge that baby formula was being sold to Tropical Marketing and Distribution for delivery to Suriname i n amounts excess to what babies in Suriname could consume, or in amounts that constituted "trade loading" or "channel stuffing" between March 2013 and December 2018.

4) Pursuant to the subpoena the documents should be produced if practical in electronic PDF format on a thumb drive or CDRom/disk and shall be provided on or before Tuesday August 13, 2019 to the chambers of the Honorable Judge Roy Altman, United States District Judge, Southern District of Florida.