UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 18-20989 CR Altman

UNITED STATES OF AMERICA
                    Plaintiff
vs.

JOHNNY GROBMAN, et. al.
                              Defendant
_____/

## ORDER TO ISSUE SUBPOENA PURSUANT TO RULE 17C FEDERAL RULES OF CRIMINAL PROCEDURE

THIS CAUSE, having come on to be heard on the defendant's motion to issue a subpoena pursuant to Rule 17C of the Federal Rules Of Criminal Procedure, and the court having heard argument on July 24, 2019, and otherwise being fully advised in the within premises, it is hereby ordered and adjudged that the motion is GRANTED.

1) The United States Attorney's Office shall serve the subpoena to Company One.
2) The United States Attorney's Office shall provide Company One with the full names of the parties that are referenced in the attachment to subpoena by their initials only. Company One shall provide to the court the response to the subpoena on or before August 13, 2019.

DONE AND ORDERED on this the _____ day of July, 2019, in The Southern District of Florida.

_____
Roy Altman
United States District Court Judge

1