**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-CR-20989-RKA(s)**

**UNITED STATES OF AMERICA**

vs.

**RAOUL DOEKHIE,** *et al.***,**

      **Defendants.**
_____/

**UNITED STATES OF AMERICA'S WITNESS LIST**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits this list of witnesses that the United States called at trial:

1. Special Agent Lashonda Simpson, FDA-OCI
2. Edgar Torres
3. Candice Khan, victim company witness
4. Greg Brey, victim company witness
5. Josemaria Burneo, victim company witness
6. Rob Wester, victim company witness
7. Jay Hughes, victim company witness
8. Omari Wooden, U.S. Census Bureau

9. Steven Sinatra, Regions Bank

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By: *s/ Shannon Shaw*
     Shannon Shaw
     Assistant United States Attorney
     FL Bar Number 92806
     99 NE 4th Street
     Miami, Florida 33132
     Tel: (305) 961-9374
     Email: Shannon.shaw@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed a true and correct copy of the foregoing with the Court's CM/ECF system this February 7, 2020.

                                        */s/ Shannon Shaw*
                                        Shannon Shaw
                                        Assistant United States Attorney