UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20989-ALTMAN

UNITED STATES OF AMERICA,

vs.

JOHNNY GROBMAN,

    *Defendant.*
_____/

## NOTICE OF APPEARANCE

Please take notice that David Oscar Markus of MARKUS/MOSS PLLC enters his appearance as appellate counsel on behalf of JOHNNY GROBMAN in the above-styled. The clerk of this court is requested to send copies of all court notices pertaining to this cause to undersigned counsel.

    Respectfully submitted,

    MARKUS/MOSS PLLC
    40 N.W. Third Street, PH1
    Miami, Florida 33128
    Tel: (305) 379-6667
    Fax: (305) 379-6668
    markuslaw.com

    By:    /s/ David Oscar Markus
           David Oscar Markus
           dmarkus@markuslaw.com